UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 23, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>v.  )<br>  )<br>THOMAS MARRS,  )<br>  )<br>            Defendant.  ) | Case No. MAG. 11-0175-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS MARRS, Case No. MAG. 11-0175-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_  Co-Signed Unsecured Appearance Bond

    ___  Appearance Bond with Surety

    _X_  (Other) Conditions as stated on the record.

    _X_  (Other) The unsecured bond paperwork to be filed by 06/30/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  06-23-11  at  3:00 pm

By _____
Edmund F. Brennan
United States Magistrate Judge