```
 1  Law Offices of Ron Peters
     RON PETERS (SBN: 45749)
 2   50 Fullerton Court, Suite 207
     Sacramento, California 95825
 3   Telephone:   (916) 922-9270
     Facsimile:   (916) 922-2465
 4  Email: ronslaw207@sbcglobal.net

 5  Attorney for Defendant
    THOMAS MARRS
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 11-0275 JAM |
|---|---|---|
| Plaintiff, | ) | WAIVER OF DEFENDANT'S PRESENCE |
| v. | ) | |
| THOMAS MARRS, | ) | |
| Defendant, | ) | |

      Pursuant to Fed. R. Crim. P. 43(b)(2), defendant, Thomas Marrs, waives his right to appear in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury, and imposition of sentence.  Mr. Marrs requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.  The defendant acknowledges that he has the right to be present at any and all hearings in this case.

      Mr. Marrs further acknowledges that he has been informed of his rights under 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without being present.

The original signed copy of this waiver is preserved by Mr. Marrs's attorney.

DATE: July 21, 2011            /s/Thomas Marrs
                               **THOMAS MARRS**

I agree with and consent to my client's waiver of appearance.

DATE: July 21, 2011            /s/Ron Peters
                               RON PETERS
                               Attorney for Defendant
                               **THOMAS MARRS**

**IT IS HEREBY ORDERED**

1. That Thomas Marrs's appearance is waived in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury, and imposition of sentence.

**IT IS SO ORDERED.**

Date: 7/26/2011

/s/ John A. Mendez
**HONORABLE JOHN A. MENDEZ**