**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**THOMAS MARRS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: CR-S-11-275 JAM |
| **Plaintiff,** | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| **THOMAS MARRS,** | |
| **Defendant,** | |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Thomas Marrs, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for November 4, 2014 at 9:30 am should be continued to January 13, 2015 at 9:30 a.m.

    Defendant is continuing to provide additional information in anticipation of preparing and filing a Memorandum in Aide of Sentencing.

    Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision November 4, 2014 to and including January 13, 2015.

                                                      **Respectfully Submitted,**
                                                      **BENJAMIN B. WAGNER**
                                                      **United States Attorney**

DATE: November 3, 20014                  By: /s/ Ron Peters for_____
                                                      JASON HITT
                                                      **Assistant U.S. Attorney**
                                                      **Attorney for Plaintiff**

DATE: November 3, 2014                    /s/Ron Peters
                                                      RON PETERS
                                                      Attorney for Defendant
                                                      **Thomas Marrs**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, November 4, 2014, to and including January 13, 2015.

It is so ordered.

Date:   11/3/2014                    /s/ John A. Mendez
                                     **HONORABLE JOHN A. MENDEZ**
                                     **United States District Court Judge**