**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
Telephone:   (916) 922-9270
**Facsimile:**   (916) 922-2465
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**THOMAS MARRS**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: CR-S-11-275 JAM |
| **Plaintiff,** | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| **vs.** | |
| **THOMAS MARRS,** | |
| **Defendant,** | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Thomas Marrs, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the sentencing scheduled for March 3, 2015 at 9:30 am should be continued to April 14, 2015 at 9:15 a.m.

Defendant needs additional time to prepare a Memorandum in Aide of Sentencing based upon 3443 factors which will address the issues of possible disparity between sentenced co-defendants.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision March 3, 2015 to and including April 14, 2015.

        **Respectfully Submitted,**
        **BENJAMIN B. WAGNER**
        **United States Attorney**

DATE: March 2, 2015        By: /s/ Ron Peters for_____
        JASON HITT
        **Assistant U.S. Attorney**
        **Attorney for Plaintiff**

DATE: March 2, 2015        /s/Ron Peters
        RON PETERS
        Attorney for Defendant
        **Thomas Marrs**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, March 3, 2015, to and including April 14, 2015.

   It is so ordered.


Date:   3/2/2015                             /s/ John A. Mendez
                                             **HONORABLE JOHN A. MENDEZ**
                                             **United States District Court Judge**